UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Juan S Covelli-Chaparro,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　　-v-<br><br>Pam Bondi, *in her official capacity as Attorney General of the United States*; Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; Brian Flanagan, *in his official capacity as Acting Deputy Field Officer for Immigration and Customs Enforcement in the New York City Area,*<br><br>　　　　　　　　　　　Respondents. | 2:26-cv-118<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 451 Doremus Avenue, Newark, New Jersey, 07105; and THE UNITED STATES MARSHAL, Eastern District of New York, United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722

NUSRAT J. CHOUDHURY, United States District Judge:

　　The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement ("ICE") to have **Juan S Covelli-Chaparro, A# 240-632-061,** who is presently detained in Nassau County Correctional Center ("NCCC"), 100 Carman Avenue, East Meadow, New York, and whom ICE represents is scheduled to be transferred to the Delaney Hall Detention Facility, 451 Doremus Avenue, Newark, New Jersey, 07105, to be brought under safe and secure custody to Courtroom 1040, before the Honorable

Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Thursday, January 15, 2026 at 12:30 pm**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Juan S Covelli-Chaparro throughout the entire hearing. While in the U.S. Courthouse for the Eastern District of New York, Mr. Covelli-Chaparro shall be placed under safe and secure conditions deemed appropriate by the United States Marshal Service.

Thereafter, following the hearing, if the Court orders Mr. Covelli-Chaparro to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to the Delaney Hall Detention Center. Alternatively, if the Court grants the petition and orders Mr. Covelli-Chaparro released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Covelli-Chaparro for release from Court, in consultation with the United States Marshal, in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement and the United States Marshal Service shall each bear their respective costs of implementing the terms of this order.

Dated: Central Islip, New York
       January 12, 2026

                                        */s/ Nusrat J. Choudhury*
                                        NUSRAT J. CHOUDHURY
                                        United States District Judge