UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Juan S Covelli-Chaparro,<br><br>                           Petitioner,<br><br>                  -v-<br><br>Pam Bondi, *in her official capacity as Attorney General of the United States*; Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; Brian Flanagan, *in his official capacity as Acting Deputy Field Officer for Immigration and Customs Enforcement in the New York City Area,*<br><br>                          Respondents. | 2:26-cv-118<br>(NJC) |

## AMENDED ORDER TO PRODUCE[1]

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 451 Doremus Avenue,

Newark, New Jersey, 07105

NUSRAT J. CHOUDHURY, United States District Judge:

      The United States District Court for the Eastern District of New York commands U.S.

Immigration and Customs Enforcement to have **petitioner Juan S Covelli-Chaparro, A# 240-**

**632-061,** who is presently detained in the Delaney Hall Detention Facility, 451 Doremus

Avenue, Newark, New Jersey, 07105, to be brought under safe and secure custody to Courtroom

1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United

---

[1] This Amended Order to produce supersedes the Order to Produce located at ECF No. 8.

States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Thursday, January 15, 2026 at 12:30 pm**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of **Juan S Covelli-Chaparro** throughout the entire hearing.

Following the hearing, if the Court orders **Mr. Covelli-Chaparro** to remain in detention, U.S. Immigration and Customs Enforcement shall return **Mr. Covelli-Chaparro** under safe and secure custody to the Delaney Hall Detention Center. Alternatively, if the Court grants the petition and orders **Mr. Covelli-Chaparro** released from detention, U.S. Immigration and Customs Enforcement shall immediately process **Mr. Covelli-Chaparro** for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
January 13, 2026

                                              */s/ Nusrat J. Choudhury*
                                              NUSRAT J. CHOUDHURY
                                              United States District Judge