**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JUAN S. COVELLI-CHAPARRO,

                Petitioner,

    - against -

PAM BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement, in their official capacities; BRAIN FLANAGAN, Acting Deputy Field Office Director for ICE IN New York City area, in their official capacities,

                Respondents.
--------------------------------------------------------X

**JUDGMENT**
CV 26-118 (NJC)

FILED
CLERK
1/21/2026 10:36 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

      An Opinion and Order of Honorable Nusrat J. Choudhury, United States District Judge, having been filed on January 15, 2026; granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; and enjoining Respondents from denying Petitioner bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances consistent with the January 15, 2026 Opinion and Order, pending the issuance of any final removal order against Petitioner, it is

      **ORDERED AND ADJUDGED** that Petitioner Juan S. Covelli-Chaparro's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted; that, pending the issuance of any final removal order against Petitioner, Respondents are enjoined from denying Petitioner bond in any subsequent proceeding on the basis that Petitioner must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances consistent with the January 15, 2026 Opinion and Order; and that the case is closed.

Dated: January 21, 2026
      Central Islip, New York

                                  BRENNA B. MAHONEY
                                  CLERK OF COURT

                    By:    /s / Henry Matute
                            Deputy Clerk